AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |
|---|---|
| NIKIA JAMES <br> *Plaintiff(s)* <br><br> v. <br><br> JESSIE TRICE COMMUNITY HEALTH SYSTEM INC <br> a Florida Not For Profit Corporation <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:26-cv-22593-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TO: JESSIE TRICE COMMUNITY HEALTH SYSTEM INC, through its Registered Agent:

> CLYNE, REGINALD J
> C/O QUINTAIROS, PRIETO, WOOD & BOYER PA
> 9300 SOUTH DADELAND BLVD 4TH FLOOR
> MIAMI, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANTHONY M. GEORGES-PIERRE, ESQ.
> REMER & GEORGES-PIERRE &
> HOOGERWOERD, PLLC
> 2745 Ponce de Leon Blvd.
> Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 15, 2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court